IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Sheri A. Scherpenberg,                :
                                       :
        Plaintiff(s),                  :
                                       :   Case Number: 1:12cv478
    vs.                                :
                                       :   Chief Judge Susan J. Dlott
Commissioner of Social Security,      :
                                       :
        Defendant(s).                  :

ORDER

The Court has reviewed the Report and Recommendation of United States Magistrate Judge Karen L. Litkovitz filed on July 9, 2013 (Doc. 15), to whom this case was referred pursuant to 28 U.S.C. §636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) expired July 26, 2013, hereby ADOPTS said Report and Recommendation.

Accordingly, this case is **REVERSED** pursuant to Sentence Four of 42 U.S.C. §405(g) consistent with the Report and Recommendation and **REMANDED** for a determination of the appropriate onset date and an award of benefits.

IT IS SO ORDERED.

                                                 ___s/Susan J. Dlott_____
                                                 Chief Judge Susan J. Dlott
                                                 United States District Court